UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 15-cr-035 (DSD/HB)

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CHERNO NJIE,

        Defendant.

**NOTICE OF ADDING AN ATTORNEY IN A CRIMINAL CASE**

The following criminal case is adding an Assistant United States Attorney as follows:

Criminal No.

15-cr-035 (DSD/HB)

Defendant Name

Cherno Njie

Add AUSA

John R. Marti

Dated: February 10, 2015

Respectfully submitted,

ANDREW M. LUGER
United States Attorney

s/ John R. Marti

BY:  JOHN R. MARTI
Assistant U.S. Attorney
Attorney ID No. 388393