**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: Steven E. Rau |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:    15-cr-35-(RHK/HB) |
| | ) | Date:    February 12, 2015] |
| Cherno Njie, | ) | Courthouse:    St. Paul |
| | ) | Courtroom:    3C |
| Defendant. | ) | Time Commenced:    2:25 p.m. |
| | | Time Concluded:    2:40 p.m. |
| | | Time Commenced:    4:10 p.m. |
| | | Time Concluded:  4:20 p.m. |
| | | Time in Court:   25 minutes |

APPEARANCES:

  Plaintiff:    John Marti, Assistant U.S. Attorney
  Defendant:    Andrew Birrell
          x Retained

Date Charges Filed:   February 2, 2015      Offense:    Conspiracy to make an expedition from the United States against a friendly nation

X Waived Reading of Charges      x Advised of Rights

on    x Indictment

**Bond – unsecured set in the amount of $1 Million with conditions, see Order Setting Conditions of Release.**

X The Government moved to stay the Order Setting Conditions of Release until noon on 2/13/2015.   That motion was GRANTED.

Additional Information:

Defendant was also arraigned.   Please see separate arraignment minutes.

                                                      s/Melissa M. Erstad
                                                Signature of Courtroom Deputy