# UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA
## ARRAIGNMENT MINUTES

|  |  |
|---|---|
| United States of America, | **COURT MINUTES - CRIMINAL** |
|  | BEFORE: STEVEN E. RAU |
| Plaintiff, | U.S. MAGISTRATE JUDGE |
| v. | Case No: 15-CR-35 (RHK/HB) |
|  | Date: February 12, 2015 |
| Cherno Njie, | Courthouse: Saint Paul |
|  | Courtroom: Courtroom 3C |
| Defendant. | Court Reporter: N/A |
|  | Recording: AUDIO |
|  | Time Commenced: 4:20 p.m. |
|  | Time Concluded: 4:25 p.m. |
|  | Time in Court: 5 minutes |

APPEARANCES:

    Plaintiff: John Marti, Assistant U.S. Attorney
    Defendant: Andrew Birrell, Retained Counsel

Interpreter / Language: None / English

**on** ☒ Indictment ☐ Information ☐ Complaint     Date filed: **February 2, 2015**

☒ Reading of Indictment Waived      ☐ Indictment Read into Record ☒ Not Guilty Plea Entered

| | |
|---|---|
| Disclosures by Government Due: | **02/19/15** |
| Disclosures by Defendant Due: | **02/26/15** |
| Motions/No Motions Letter Filing Date: | **03/05/15** |
| Motion Responses/ Rule 12(c)(3)(A) Notices Due: | **03/19/15** |
| Rule 12(c)(3)(B) Notices Due: | **03/23/15** |
| Motions Hearing Date: | **03/30/15 at 1:30 p.m.** |
|  | before Mag. Judge Hildy Bowbeer |
|  | STP Courtroom 6B |
| Voir Dire/Jury Instructions Due: | **04/13/15** |
| Status Conference: | **04/17/15 at 8:30 a.m.** |
|  | before District Judge Richard H. Kyle |
|  | in STP Courtroom 7A |
| Trial Date: | **04/20/15 at 9:00 a.m.** |
|  | before District Judge Richard H. Kyle |
|  | in STP Courtroom 7A |

Other Remarks:

                                                                            s/ *Melissa Erstad*
                                                                            Courtroom Deputy