## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States of America,

          Plaintiff,

v.

Cherno Njie,

          Defendant.

Criminal No. 15-CR-35 (RHK/HB)

**ARRAIGNMENT ORDER**

A hearing was held before the undersigned United States Magistrate Judge on February 12, 2015. Defendant was present in court with his attorney, Andrew Birrell, Retained Counsel. The government was represented by John Marti, Assistant United States Attorney.

Defendant waived the reading of the indictment and entered a plea of not guilty.

**IT IS HEREBY ORDERED** that:

1.    The government shall make all disclosures required by Federal Rule of Criminal Procedure 16 and Local Rule 12.1(a) by **February 19, 2015**. In order to avoid the need for a recess of the motions hearing, the government is requested to make, by **February 19, 2015**, all disclosures which will be required by Fed.R.Crim.P. 26.2 and 12(h).

2.    The defendant shall make all disclosures required by Federal Rule of Criminal Procedure 16 and Local Rule 12.1(a) by **February 26, 2015**.

    3.      All motions in the above-entitled case shall be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 and Local Rul2 12.1(c) on or before **March 5, 2015**.  Two (2) courtesy copies of all motions and responses shall be delivered directly to the office of Magistrate Judge Bowbeer[1];

    4.      **Counsel shall electronically file a letter on or before March 5, 2015 if no motions will be filed and there is no need for hearing**;

    5.      All responses to motions, long with a Notice of Intent to Call Witnesses, shall be filed by **March 19, 2015**, in accordance with Local Rule 12.1(c)(3)(A);

    6.      Any Responsive Notice of Intent to Call Witnesses shall be filed by **March 23, 2015**, in accordance with Local Rule 12.1(c)(3)(B);

    7.      A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(b) and (c) where:

        a.    The government makes timely disclosures and the defendant pleads particularized matters for which an evidentiary hearing is necessary; or

        b.    Oral argument is requested by either party in its motion, objection or response pleadings;

    8.      If required, the motions hearing shall be heard, in accordance with Local Rule 12.1(d), before Magistrate Judge Hildy Bowbeer on **March 30, 2015**, at **1:30 p.m.**, in **Courtroom 6B**, Warren E. Burger Federal Building and U.S. Courthouse, 316 North Robert Street, Saint Paul, Minnesota;

---

[1]    U.S. Mail or hand-deliver to 316 N. Robert St., Room 632, Saint Paul, MN 55101.

9. All voir dire questions and jury instructions and trial related motions (including motions in limine) shall be submitted to District Judge Richard H. Kyle on or before **April 13, 2015**;

10. A status conference shall be held on **April 17, 2015** at **8:30 a.m.** before District Judge Richard H. Kyle in in Courtroom 7A, Warren E. Burger Federal Building and U.S. Courthouse, 316 North Robert Street, **SAINT PAUL**, Minnesota;

11. This case shall commence trial on **April 20, 2015**, at **9:00 a.m.** before District Judge Richard H. Kyle in Courtroom 7A, Warren E. Burger Federal Building and U.S. Courthouse, 316 North Robert Street, **SAINT PAUL**, Minnesota.

Dated:  February 12, 2015                         *s/Steven E Rau*
                                                  Steven E. Rau
                                                  U.S. Magistrate Judge