# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>v.<br><br>Cherno Njie,<br><br>          Defendant. | Criminal No. 15-035 (RHK/HB)<br><br>**ORDER GRANTING MOTION<br>TO EXTEND DATE FOR<br>FILING MOTIONS** |

This matter came before the Court on defendant's Motion to Extend Date for Filing Motions (ECF No. 34) and defendant's Statement of Facts in Support of Exclusion of Time under Speedy Trial Act (ECF No. 33), seeking to extend the time for filing motions to allow Defendant adequate time to review all discovery produced by the government. The government has stated that it does not object to the motion (ECF No. 35).

Having reviewed the motion (ECF No. 34), the statement of facts (ECF No. 33), the government's response (ECF No. 35), and the files and records herein, the Court finds that defendant has shown good cause for continuance of the motions filing date and for the exclusion of time. Accordingly,

**IT IS HEREBY ORDERED** that the motion (ECF No. 34) is **GRANTED** as follows:

1. All motions in the above-entitled case shall be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 and Local Rule 12.1(c) on or before **May 4, 2015**.

Two (2) courtesy copies of all motions and responses shall be sent directly to the office of Magistrate Judge Bowbeer;

2. Counsel shall electronically file a letter on or before **May 4, 2015**, if no motions will be filed and there is no need for hearing;

3. All responses to motions, long with a Notice of Intent to Call Witnesses, shall be filed by **May 18, 2015**, in accordance with Local Rule 12.1(c)(3)(A);

4. Any Responsive Notice of Intent to Call Witnesses shall be filed by **May 21, 2015**, in accordance with Local Rule 12.1(c)(3)(B);

5. A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(b) and (c) where:

    a. The government makes timely disclosures and the defendant pleads particularized matters for which an evidentiary hearing is necessary; or

    b. Oral argument is requested by either party in its motion, objection or response pleadings;

6. If required, the motions hearing shall be heard, in accordance with Local Rule 12.1(d), before Magistrate Judge Hildy Bowbeer on **May 27, 2015**, at **2:00 p.m.**, in **Courtroom 6B**, Warren E. Burger Federal Building and U.S. Courthouse, 316 North Robert Street, Saint Paul, Minnesota;

7. Voir dire questions, proposed jury instructions, and trial-related motions (including motions in limine) must be submitted to Judge Kyle's chambers **on or before June 22, 2015**.

8. A status conference will be held on **June 26, 2015, at 8:30 a.m.** in St. Paul Courtroom 7A, before Judge Richard H. Kyle.

9. This case is scheduled for trial on **June 29, 2015 at 9:00 a.m.** in St. Paul Courtroom 7A, before Judge Richard H. Kyle.

**IT IS FURTHER ORDERED** that, pursuant to 18 U.S.C. § 3161, the time between the March 5, 2015, the original motion filing date and May 4, 2015, the new motions filing date is excluded from the calculation of time under the Speedy Trial Act.

Based upon the reasons set forth in the joint motion, the Court concludes that the ends of justice served by the continuance outweigh the best interests of the public and the defendants in a speedy trial.  See 18 U.S.C. § 3161(h)(7)(A).

Dated: February 25, 2015       　　s/ *Hildy Bowbeer*  
　　　　　　　　　　　　　　　　　HILDY BOWBEER  
　　　　　　　　　　　　　　　　　United States Magistrate Judge