PS 8
(Rev 5/10)

Filed by the Clerk

# UNITED STATES DISTRICT COURT
## for
## District of Minnesota

U.S.A. vs. Cherno Njie            Docket No. 0864 0:15CR00035-001(SER)

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Melissa L. Perez, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct of **Cherno Njie** who was placed under pretrial supervision by the Honorable <u>Steven E. Rau</u>, sitting in the Court at <u>St. Paul</u> on the <u>12th day of February, 2015,</u> under the following special conditions:

- Pretrial Services Supervision
- Obtain and Maintain Employment
- Surrender Passport
- Obtain No New Passport
- Travel Restrictions
- No Contact with Victim/Witness
- Halfway House
- Weapons Restriction
- No Illegal Use of Controlled Substances
- Substance Abuse Testing
- No Tampering with Substance Abuse Testing
- Report Contact with Law Enforcement
- No Use of Computer/Internet
- Alcohol Abstinence
- Search/Seizure
- Access to Financial Information

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> The undersigned officer requested a condition for drug testing to allow the halfway house to obtain random urinalysis. The defendant has no history of drug use.

PRAYING THAT THE COURT WILL ORDER: That the substance abuse testing condition be suspended.

ORDER OF THE COURT

Considered and ordered this **25** day of **Feb**, 2015, and ordered filed and made a part of the records in the above case.

*/s/ Steven E. Rau*
Steven E. Rau
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/ *Melissa L Perez*
Melissa L. Perez
U.S. Probation Officer
651-848-1243

Executed on    February 24, 2015

Place    St. Paul

Approved:

s/ Douglas S. Stevens
Douglas S. Stevens
Supervising U.S. Probation Officer