**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# INITIAL APPEARANCE

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL | |
| | ) | BEFORE: Becky R. Thorson | |
| Plaintiff, | ) | U.S. Magistrate Judge | |
| | ) | | |
| v. | ) | Case No: | 15-cr-35 (3) (RHK/HB) |
| | ) | Date: | March 19, 2015 |
| Banka Manneh (3), | ) | Courthouse: | St. Paul |
| | ) | Courtroom: | 3A |
| Defendant. | ) | Time Commenced: | 2:32 p.m. |
| | | Time Concluded: | 2:56 p.m. |
| | | Time in Court: | 24 minutes |

APPEARANCES:

| | |
|---|---|
| Plaintiff: | Charles Kovats, Assistant U.S. Attorney |
| Defendant: | Manvir Atwal, Assistant Federal Public Defender |
| | ✖ FPD    ✖ To be appointed |

Date Charges Filed:  March 18, 2015    Offense:    Conspiracy to make an Expedition against a Friendly Nation

✖ Advised of Rights

on    ✖ Indictment

**X Bond unsecured bond set in the amount of $25,000 with conditions, see Order Setting Conditions of Release.**


✖ Government moves to unseal the case.    ✖ Granted


Additional Information:

s/Megan Bergman<br>
Signature of Courtroom Deputy