# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Alagie Barrow (2),<br>Banka Manneh (3)<br><br>　　　　　　Defendant. | Criminal No. 15-035 (RHK/HB)<br><br><br>**ARRAIGNMENT NOTICE AND<br>SCHEDULING ORDER** |

PLEASE TAKE NOTICE that defendants will be arraigned at the criminal motion hearing before the undersigned United States Magistrate Judge on **May 27, 2015** at **2:00 p.m.**, in **Courtroom 6B**, Warren E. Burger Federal Building and U.S. Courthouse, 316 North Robert Street, Saint Paul, Minnesota 55101.

The following schedule shall govern these proceedings and **IT IS HEREBY ORDERED** that:

1.　　The government shall make all disclosures required by Federal Rule of Criminal Procedure 16 and Local Rule 12.1(a) by **April 8, 2015**.  In order to avoid the need for a recess of the motions hearing, the government is requested to make, by **April 8, 2015**, all disclosures which will be required by Fed.R.Crim.P. 26.2 and 12(h).

2.　　The defendant shall make all disclosures required by Federal Rule of Criminal Procedure 16 and Local Rule 12.1(a) by **April 22, 2015**.

3. All motions in the above-entitled case shall be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 and Local Rul2 12.1(c) on or before **May 4, 2015**. Two (2) courtesy copies of all motions and responses shall be delivered directly to the office of Magistrate Judge Bowbeer[1];

4. **Counsel shall electronically file a letter on or before May 4, 2015 if no motions will be filed and there is no need for hearing**;

5. All responses to motions, long with a Notice of Intent to Call Witnesses, shall be filed by **May 18, 2015**, in accordance with Local Rule 12.1(c)(3)(A);

6. Any Responsive Notice of Intent to Call Witnesses shall be filed by **May 21, 2015**, in accordance with Local Rule 12.1(c)(3)(B);

7. A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(b) and (c) where:

    a. The government makes timely disclosures and the defendant pleads particularized matters for which an evidentiary hearing is necessary; or

    b. Oral argument is requested by either party in its motion, objection or response pleadings;

8. If required, the motions hearing shall be heard, in accordance with Local Rule 12.1(d), before Magistrate Judge Hildy Bowbeer on **May 27, 2015**, at **2:00 p.m.**, in **Courtroom 6B**, Warren E. Burger Federal Building and U.S. Courthouse, 316 North Robert Street, Saint Paul, Minnesota;

---

[1] U.S. Mail or hand-deliver to 316 N. Robert St., Room 632, Saint Paul, MN 55101.

9. All voir dire questions and jury instructions and trial related motions (including motions in limine) shall be submitted to District Judge Richard H. Kyle on or before **June 22, 2015**;

10. A status conference shall be held on **June 26, 2015** at **8:30 a.m.** before District Judge Richard H. Kyle in St. Paul Courtroom 7A;

11. This case shall commence trial on **June 29, 2015**, at **9:00 a.m.** before District Judge Richard H. Kyle in Courtroom 7A, Warren E. Burger Federal Building and U.S. Courthouse, 316 North Robert Street, **SAINT PAUL**, Minnesota.

Dated:  March 20, 2015         s/ *Hildy Bowbeer*
                               HILDY BOWBEER
                               United States Magistrate Judge