# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# PLEA HEARING

| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** | |
|---|---|---|---|
| Plaintiff, | ) | Case No: | CR 15-35(3) RHK/HB |
| | ) | Date: | 5/5/15 |
| v. | ) | Court Reporter: | Carla Bebault |
| | ) | Courthouse: | St. Paul |
| (3) Banka Manneh, | ) | Courtroom: | 7A |
| | ) | Time Commenced: | 1:30 p.m. |
| Defendant. | ) | Time Concluded: | 2:10 p.m. |
| | | Sealed Hearing Time: | |
| | | Time in Court: | 40 Minutes |

Before Richard H. Kyle, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:
  For Plaintiff:    Charles J. Kovats, Jr., John R. Marti
  For Defendant:   Mark D. Larsen   ☐ FPD  ✓ CJA  ☐ Retained  ☐ Appointed

  Interpreter/Language: n/a


PROCEEDINGS:
  ✓ **Arraignment** on ☐ Information, ✓ Indictment
  ☐ **Change of Plea Hearing.**
  ☐ **Initial Appearance.**
  ☐ Indictment waived.
  ☐ Defendant withdraws plea of as to Count(s):

  ✓ PLEA:
      ✓ Guilty as to Count(s): **1 & 2**
      ☐ "Nolo Contendere" as to Count(s):
      ✓ Defendant admits allegations in the Indictment.

  ✓ Presentence Investigation and Report requested.
  ✓ Bond continued.
  ☐ **~Util Set/Reset Hearings:** Sentencing is scheduled for at before.
  ☐ Defendant remanded to the custody of the U.S. Marshal.

                                                                    s/KAT
                                                                Calendar Clerk

M:\templates\Plea.wpt                                        Form Modified: 04/2013