
RECEIVED
MAY 21 2015
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

United States of America

v.

ALAGIE BARROW

Case No. 15 cr 35(2) RHK/HB
15-MJ-75 (HB)
~~FILED UNDER SEAL~~

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* ALAGIE BARROW,
who is accused of an offense or violation based on the following document filed with the court:

___ Indictment  ___ Superseding Indictment  ___ Information  ___ Superseding Information  _x_ Complaint
___ Probation Violation Petition  ___ Supervised Release Violation Petition  ___ Violation Notice  ___ Order of the Court

On or about December 30, 2014, in Hennepin County, in the State and District of Minnesota, defendant(s) Count One: Conspiracy to violate the Neutrality Act (18 U.S.C. § 960) by conspiring to make an expedition against a friendly nation from the United States, in violation of Title 18, U.S.C. § 371.

Count Two: Conspiracy to Possess a Firearm in Furtherance of a Crime of Violence, specifically, Title 18, U.S.C. § 960 (the Neutrality Act), all in violation of Title 18, U.S.C. § 924(o)

in violation of Title 18, United States Code, Section(s) 371, 924 and 960.

Date: 1/29/2015

*Issuing officer's signature*

City and state: St. Paul, MN

Hildy Bowbeer, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1/29/15 at *(city and state)* St. Paul, MN, and the person was arrested on *(date)* 1/29/15

Date: 4/21/15

*Arresting officer's signature*

SA Lindsay Bode
*Printed name and title*

SCANNED
MAY 26 2015
U.S. DISTRICT COURT MPLS